AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             Plaintiff, )<br>)<br>)<br>v. )<br>)<br>GEORGE E. BURDICK, PHYLLIS BURDICK )<br>NICHOLSON, )<br>             Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:06-CV-48-F** |

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that pursuant to the court's order of November 19, 2007, the Government's Renewed Motion for Summary Judgment is ALLOWED.

      IT IS FURTHER ORDERED:

      1.     That the United States is entitled to judgment against George E. Burdick and Phyllis F. (Burdick) Nicholson, jointly and severally, in the amount of $24,382.10, plus interest accruing after March 31, 2007, at the daily rate of $3.0474, plus interest on the judgment at the statutory rate until the judgment is satisfied.

      2.     That the United States' Deeds of Trust for the real property described in Attachment B to the Complaint shall be foreclosed; and all right, title, and interest to the property in Defendants', or any other persons's holding by, through or under Defendants, including any equity of redemption rights or rights of any junior lienholders, shall be forever barred.

      3.     That the United States Marshal for the Eastern District of North Carolina is ordered to enter into and upon the land described in Attachment B to the Complaint to seize and possess the real property and to take any measures deemed necessary to secure the premises described and to remove all persons holding possession of the same and to remove any and all personal possessions thereon. Further, the Marshal is ordered to prepare the same for sale and to sell it in accordance with the Marshal's standard procedures and the applicable laws of the United States. The Marshal may sell in any manner that is in accordance with the applicable laws and that he deems appropriate.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 20, 2007**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Lora M. Taylor<br>310 New Bern Ave., Suite 800<br>Raleigh, NC 27601 | George E. Burdick<br>P.O. Box 130<br>Stokes, NC 27884 |
| Phyllis Burdick Nicholson<br>5 Buckskin Lane<br>Los Lunas, NM 87031 | |

| | |
|---|---|
| December 20, 2007<br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| | /s/ Susan K. Enyart<br>*(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |