UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:06-CV-48-F

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GEORGE E. BURDICK and )<br>PHYLLIS F. (BURDICK) NICHOLSON, )<br>Defendants. ) | ORDER |

This matter is before the court on Defendant George E. Burdick's Motion for Stay of Execution [DE-49] and Motion to Reconsider the court's December 20, 2007, Order [DE-50].

In the court's December 20, 2007 Order, the court ordered that the Government was entitled to judgment against Defendants, jointly and severally, in the amount of $24,382.10, plus interest accruing after March 31, 2007, at a daily rate of $3.0474, plus interest on the judgment at the statutory rate until the judgment was satisfied. The court also ordered the United States Marshal, among other things, to seize and possess the real property at issue in the case and prepare the same for sale and to sell it. On January 3, 2008, the Government filed a document entitled "Satisfaction of Judgment" [DE-51] indicating that Defendant George Burdick had satisfied his obligations and foreclosure is no longer necessary. Consequently, Burdick's Motions [DE-49] and [DE-50] are DENIED.

SO ORDERED.

This the 25 day of February, 2008.

*James C. Fox*
James C. Fox
Senior United States District Judge